# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY NORWOOD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. ROBINSON, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:08-cv-00172-LJO-SMS PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 1) |

　　　Plaintiff Gregory Norwood ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on February 4, 2008. The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and found that it states a cognizable First Amendment claim against Defendants Robinson and Sigston for retaliating against Plaintiff by failing to pack his confiscated property items for transfer.[1] Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

　　　1.　　Service is appropriate for the following defendants:

　　　　　　C/O M. ROBINSON

---

[1] In a Findings and Recommendations issued concurrently with this Order, the Court recommended that Plaintiff's retaliation claims based on the confiscation of his personal property and the withholding of his quarterly package be dismissed for failure to state a claim upon which relief may be granted under section 1983; and Defendants Martinez, Townsend, Zanchi, Carrasco, Gonzales, and Wright be dismissed from this action based on Plaintiff's failure to state any claims against them under section 1983.

C/O K. SIGSTON

2. The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, two (2) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed February 4, 2008.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

 a. Completed summons;

 b. One completed USM-285 form for each defendant listed above; and

 c. Three (3) copies of the endorsed complaint filed February 4, 2008.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   October 2, 2008**                         /s/ Sandra M. Snyder
                                                              UNITED STATES MAGISTRATE JUDGE