# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY NORWOOD,<br><br>    Plaintiff,<br><br>    v.<br><br>M. ROBINSON, et al.,<br><br>    Defendants.<br>_____ / | CASE NO. 1:08-cv-00172-LJO-SMS PC<br><br>ORDER VACATING ORDER DIRECTING UNITED STATES MARSHAL TO INITIATE SERVICE OF PROCESS, AND REQUIRING PLAINTIFF TO FILE AMENDED COMPLAINT WITHIN THIRTY DAYS<br><br>(Doc. 13) |

    Plaintiff Gregory Norwood ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On September 19, 2008, the Court issued an order finding that Plaintiff's complaint states a cognizable claim against Defendants Robinson and Sigston for retaliating against Plaintiff by failing to pack his confiscated property items for transfer, but does not state any other cognizable claims.  The Court ordered Plaintiff to either file an amended complaint or notify the Court of his willingness to proceed only on the claim found to be cognizable.  On September 29, 2008, Plaintiff notified the Court that he does not wish to amend and is willing to proceed on the claim found cognizable.  Based on Plaintiff's notice, the Court issued a recommendation for dismissal of certain claims and defendants, and issued an order directing the United States Marshal to initiate service.  On October 14, 2008, Plaintiff filed an objection.

    Plaintiff's objections contradict his decision to willingly proceed only on his cognizable claims, and preclude Plaintiff from entitlement to service of the complaint at this time.  If Plaintiff was not in agreement with the Court's initial screening order, his remedy was to amend.  Therefore,

the order directing the Marshal to initiate service of process shall be withdrawn, and Plaintiff shall be required to file an amended complaint.

Accordingly, it is HEREBY ORDERED that:

1. The Court's order directing the United States Marshal to initiate service of process, filed October 16, 2008, is VACATED;

2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file an amended complaint;

3. The failure to comply with this order will result the imposition of sanctions, including dismissal of this action; and

4. The Clerk's Office shall serve a copy of this order on the United States Marshals Office.

IT IS SO ORDERED.

**Dated:    October 20, 2008**              /s/ Sandra M. Snyder
                                            UNITED STATES MAGISTRATE JUDGE