1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   GREGORY NORWOOD,                      CASE NO. 1:08-cv-00172-LJO-SMS PC

10               Plaintiff,               ORDER VACATING (1) FINDINGS AND
                                          RECOMMENDATIONS, AND (2) ORDER
11         v.                             FINDING SERVICE OF ORIGINAL
                                          COMPLAINT APPROPRIATE AS MOOT
12   M. ROBINSON, et al.,
                                          (Docs. 9 and 10)
13               Defendants.
     _____/
14

15         On October 31, 2008, Plaintiff filed an Amended Complaint.   The Findings and

16   Recommendations recommending dismissal of certain claims and defendants, and the Order finding

17   service of the original complaint appropriate, filed on October 2, 2008, are HEREBY VACATED

18   AS MOOT.

19         Due to the large number of cases pending before this Court, Plaintiff's Amended Complaint

20   will be screened in due course at a future time.

21

22   IT IS SO ORDERED.

23   **Dated:    November 4, 2008**              /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

1