IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **GREGORY NORWOOD,**<br><br>Plaintiff,<br><br>v.<br><br>**ROBINSON, ET AL.,**<br><br>Defendant. | 1:08-cv-0172 ROS<br><br>**ORDER** |

Pending before the Court is Defendant's Request for an Extension of Time to Respond to the Complaint (Doc. 26). Good cause appearing,

**IT IS ORDERED** Defendant's Motion is **GRANTED**. Defendants' response to Plaintiff's complaint shall be due on or before **February 11, 2009.**

DATED this 9th day of February, 2009.

_____
Roslyn O. Silver
United States District Judge

1