IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gregory Lynn Norwood,<br><br>    Plaintiff,<br><br>vs.<br><br>M. Robinson, et al.<br><br>    Defendants. | No. cv-08-00172-PHX-ROS<br><br>**ORDER** |

    Pending before the Court is Plaintiff's Request for Original Exhibits (Doc. 5). Having considered the request,

    **IT IS ORDERED** Plaintiff's Motion is **GRANTED**.

    **IT IS FURTHER ORDERED** if there is some reason this Order cannot be complied with, the Court Clerk may apply to the Court for a modification of this Order.

    DATED this 31st day of March, 2009.

                                                 Roslyn O. Silver
                                            United States District Judge