IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Gregory Lynn Norwood, | ) | No. CV-08-00172-ROS |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| M. Robinson, et al., | ) | |
| Defendants. | ) | |

Plaintiff has filed a motion "request[ing] that the transcription be electronically wired to the Ninth Circuit Court of Appeals" and that "the excerpts of record be mailed US Postal Mail Service to Plaintiff." It is unclear what Plaintiff is requesting. There were no hearings in this case, meaning there are no transcripts. Also, the Ninth Circuit has already been notified that the record is ready for it to request when needed. Thus, Plaintiff's current motion is moot.

Accordingly,

**IT IS ORDERED** the Motion for Transcript (Doc. 50) is **DENIED**.

DATED this 31st day of August, 2010.

Roslyn O. Silver
United States District Judge