IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Gregory Lynn Norwood, | ) | No. CV-08-00172-ROS |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| M. Robinson, et al., | ) | |
| Defendants. | ) | |

The Ninth Circuit "remand[ed] for further proceedings on Norwood's First Amendment retaliation claim with respect to the confiscation of his property." (Doc. 52 at 2). Defendants will be instructed to file an answer regarding this claim within thirty days of this Order. In addition, the parties must comply with the schedule set forth below.

Accordingly,

**IT IS ORDERED** Defendants shall file an answer within thirty day of this Order.

**IT IS FURTHER ORDERED** the parties must comply with the following deadlines and discovery orders:

1. Last day by which discovery requests may be submitted (discovery request cutoff date): **November 18, 2011**.

    1.1. No discovery requests may be submitted after this date except by stipulation of the parties or by Court order for good cause shown.

     1.2. Responses to discovery must be filed within the time provided by the rules unless the parties stipulate otherwise.

2. If defendant(s) desire to take plaintiff's deposition they may do so by no later than: **December 16, 2011**.

     2.1. Leave of Court for the taking of such deposition is granted pursuant to Rule 30(a)(2) of the Federal Rules of Civil Procedure. The deposition may be taken by telephone at the option of defendant(s).

3. Dispositive motion deadline is: **February 1, 2012**.

4. Proposed joint pretrial order lodged with the Court by: **March 1, 2012**, or 30 days after the Court's ruling on dispositive motions, if any.

     4.1. Defendant(s) is/are responsible for initiating the drafting and submission of the proposed pretrial order in the form prescribed by the assigned trial judge.

5. Limits on discovery.

     5.1. Interrogatories: No more than 25 (including subparts) by each party to any other party.

     5.2. Requests for production of documents: No more than 15 from each party to any other party.

     5.3. Requests for admissions: No more than 10 from each party to any other party.

     5.4. Depositions: Because of the logistical problems involved, self-represented incarcerated parties may not take depositions without prior Court permission. Such permission will not be granted except upon a showing of exceptional circumstances.

6. Discovery disputes.

     6.1. The Court will not entertain motions to compel discovery, motions for sanctions, motions for protective orders, or the like unless and until there has been compliance with the following procedure: In the event

of a dispute over discovery, the parties must confer in good faith, in person or by telephone, and attempt to resolve the dispute.  F. R. Civ. P. 37(a).  If the dispute remains unresolved, the parties must file a joint statement of the issue(s), limited to one page per issue.  Upon review of the statement an Order will issue regarding further action required by the parties.

Dated this 26th day of July, 2011.

_____
Roslyn O. Silver
Chief United States District Judge