IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Gregory Lynn Norwood, | ) | No. CV 08-00172-ROS |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| M. Robinson, et al., | ) ) | |
| Defendants. | ) ) ) | |

On June 24, 2011, Plaintiff filed a document "request[ing] that the defendants' motion to dismiss . . . be construed as a motion for summary judgment." (Doc. 53). There is no motion to dismiss pending. Thus, the request to treat defendants' motion to dismiss as a motion for summary judgment will be denied as moot. As set forth in the Court's Order dated July 26, 2011, the parties should be proceeding with discovery.

Accordingly,

**IT IS ORDERED** the Motion Requesting the Motion to Dismiss be Construed as Motion for Summary Judgment (Doc. 53) is **DENIED AS MOOT**.

Dated this 30th day of August, 2011.

Roslyn O. Silver
Chief United States District Judge