IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Gregory Lynn Norwood, | ) | No. CV-08-00172-ROS |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| M. Robinson, et al., | ) | |
| Defendants. | ) | |

Defendants Robinson and Sigston seek an extension of time to take Plaintiff's deposition. The extension will be granted but no further extensions will be authorized absent extraordinary circumstances.

Accordingly,

**IT IS ORDERED** the Motion to Modify Scheduling Order (Doc. 60) is **GRANTED**. Defendants shall complete the deposition of Plaintiff no later than March 15, 2012. The deadline for the filing of dispositive motions is extended to May 15, 2012.

DATED this 3rd day of January, 2012.

Roslyn O. Silver
Chief United States District Judge